IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL BRANDON-ELZIE NELSON, §
#23012250,                      §
                                §
            Plaintiff,          §
                                §
V.                              §        No. 3:24-cv-3217-K-BN
                                §
GREG ABBOTT ET AL.,             §
                                §
            Defendants.         §

## ORDER SEVERING FILINGS AND OPENING NEW CASE

Michael Brandon-Elzie Nelson, incarcerated at the Dallas County jail, submitted a *pro se* filing that was construed as a civil rights complaint under 42 U.S.C. § 1983. *See* Dkt. No. 3. United States District Judge Ed Kinkeade referred Nelson's construed complaint to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

The Court entered a notice of deficiency and order that, among other things, noted that it was not clear whether Nelson intended to file a civil rights complaint or a habeas petition under 28 U.S.C. § 2241. *See* Dkt. No. 4 at 1. So the Court provided "Nelson an opportunity to amend the claims made to state either a habeas action or a civil rights action" and directed the Clerk of Court to attach the relevant forms. *Id.* at 2.

In response, Nelson filed amended claims on both the form for a Section 2241 habeas action and a Section 1983 civil rights action. *See* Dkt. Nos. 5, 10-12, 14.

The Court therefore SEVERS Nelson's filings under Section 2241 [Dkt. Nos. 5,

12] from this action and DIRECTS the Clerk of Court to (1) OPEN a new civil action against Dallas County Sheriff Marian Brown (NOS 530), (2) directly assign the action to Judge Kinkeade and refer it for pretrial management to the undersigned, and (3) docket a copy of this order and the Section 2241 habeas petitions [Dkt. Nos. 5, 12] in the new action. *Cf. Serio v. Members of La. St. Bd. of Pardons*, 821 F.2d 1112, 1119 (5th Cir. 1987) ("In instances in which a petition combines claims that should be asserted in habeas with claims that properly may be pursued as an initial matter under § 1983, and the claims can be separated, federal courts should do so.").

SO ORDERED.

DATED: February 24, 2025

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE